**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50584 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-01013-PSG |
| v. | |
| MARIA TOLEDO-FIERROS, a.k.a. Mari, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Philip S. Gutierrez, District Judge, Presiding

Submitted February 11, 2013[**]

Before:    FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

Maria Toledo-Fierros appeals from the district court's judgment and

challenges the 70-month sentence imposed following her guilty-plea conviction for

conspiracy to aid and assist inadmissible aliens to enter the United States, in

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

violation of 8 U.S.C. § 1327.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Toledo-Fierros's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Toledo-Fierros the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Toledo-Fierros has waived her right to appeal her sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver.  *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We accordingly dismiss the appeal.  *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**